MARC V. KALAGIAN
Attorney at Law
4460 211 East Ocean Boulevard, Suite 420
Long Beach, California 90802
Telephone: (562) 437-7006
Facsimile: (562)432-2935
Email: rohlfing.kalagian@rksslaw.com

Attorneys for AVNER MANDLER

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Civil Division Chief
CAROLYN CHEN (CSB #256628)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
Telephone (415) 977-8956
Facsimile (415) 744-0134
Email: carolyn.chen@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AVNER MANDLER | Case NO. 2:13-cv-1636-GMN-GWF |
| Plaintiff, | **STIPULATION FOR A SIXTY-DAY EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION AND/OR CROSS-MOTION TO PLAINTIFF'S MOTION FOR REMAND AND/OR REVERSAL** |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff Avner Mandler (Plaintiff) and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of sixty (60) days to respond to Plaintiff's Motion for Remand and/or Reversal.  The current due date is March 5, 2014.  The new due date would be May 5, 2014.  This is the first extension of time requested by Defendant.  Defendant requires additional time

because the attorney assigned to this matter was out of the office for a week in February with asthmatic bronchitis and has ten dispositive motions due in the month of March.  Counsel needs additional time to respond to the issues that Plaintiff raises in her motion due to counsel's heavy briefing schedule and leave in February.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date: March 4, 2014                    MARC V. KALAGIAN ATTORNEY AT LAW

                                       By:    /s/ Marc V. Kalagian
                                              Marc v. Kalagian
                                              Attorney for the Plaintiff
                                              (Authorized on March 4, 2014)

Date: March 4, 2014                    MELINDA HAAG
                                       United States Attorney

                                       By:    /s/ Carolyn Chen
                                              Carolyn Chen
                                              Special Assistant United States Attorney
                                              Attorney for Defendant

OF COUNSEL TO DEFENDANT:

　　　DONNA L. CALVERT
　　　Acting Regional Chief Counsel, Region IX

　　　SHARON LAHEY
　　　Assistant Regional Counsel

## ORDER

　　　PURSUANT TO STIPULATION, IT IS SO ORDERED.  DEFENDANT SHALL FILE OPPOSITION AND/OR CROSS-MOTION TO PLAINTIFF'S MOTION FOR REMAND AND/OR REVERSAL ON OR BEFORE MAY 5, 2014.  PLANTIFF SHALL FILE HIS REPLY THERETO, IF ANY, ON OR BEFORE MAY 19, 2014.

Dated: March 5, 2014                   _____
                                       HON. GEORGE FOLEY, JR.
                                       UNITED STATES MAGISTRATE JUDGE