# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AVNER MANDLER, ) | |
| ) | Case No.: 2:13-cv-01636-GMN-GWF |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING REPORT &** |
| ) | **RECOMMENDATION OF MAGISTRATE** |
| CAROLYN W. COLVIN, Commissioner ) | **JUDGE FOLEY** |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

  Before the Court for consideration is the Report and Recommendation (ECF No. 21) of the Honorable George Foley, Jr. United States Magistrate Judge, entered March 9, 2015.

  Pursuant to Local Rule IB 3-2(a), objections were due by March 26, 2015.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Foley's recommendation that Plaintiff's Motion to Remand (ECF No. 14) be granted and that Defendant's Motion to Affirm (ECF No. 17) be denied.  Therefore, the Court has determined that Magistrate Judge Foley's Recommendation should be **ACCEPTED** and **ADOPTED**.

  **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 21) is **ACCEPTED and ADOPTED in full**.  Plaintiff's Motion to Remand (ECF No. 14) is **GRANTED** and Defendant's Motion to Affirm (ECF No. 17) is **DENIED**.

  The Clerk shall remand this case to the Social Security Administration for further proceedings in accordance with this Order.

  **DATED** this 30th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court